IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID L. JOHNSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV356 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| COUNTY OF DOUGLAS, NEBRASKA, | ) | |
| and JOHN DOE Nos. I-IV, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Unopposed Motion to Extend Progression Order Deadlines (Filing No. 51). The court held a telephone conference on April 8, 2011. Justin D. Eichmann represented the plaintiff and Timothy K. Dolan represented Douglas County. Following a discussion with counsel,

**IT IS ORDERED:**

1. The plaintiff's Unopposed Motion to Extend Progression Order Deadlines (Filing No. 51) is granted as set forth below.

2. The plaintiff shall file a Third Amended Complaint **on or before April 22, 2011**, and in such amended complaint, the plaintiff shall identify all "John Does." The plaintiff shall promptly accomplish service on any newly named parties.

3. Defendant Douglas County shall have to **on or before May 13, 2011**, to answer or otherwise respond to the Third Amended Complaint.

4. The court will hold a telephone planning conference on **May 23, 2011, at 11:00 a.m.** for the purpose of scheduling this matter to trial. The plaintiff's counsel shall initiate the telephone conference.

DATED this 11th day of April, 2011.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge