IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID L. JOHNSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV356 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| COUNTY OF DOUGLAS, NEBRASKA, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference with counsel on May 23, 2011. Dana C. Bradford, III, and Justin D. Eichmann represented the plaintiff and Timothy K. Dolan represented the defendants Douglas County, Cesar Inda, Don Coniglio, and Lieutenant Banks; and Michelle L. Sitorius represented the defendants Susan M. Wilkinson and Correct Care Solutions. Following a discussion with counsel,

**IT IS ORDERED:**

1. Any motion to dismiss or for summary judgment based on qualified immunity shall be filed **on or before August 26, 2011**.

2. The court will hold a telephone planning conference on **August 29, 2011, at 10:00 a.m.** The plaintiff's counsel shall initiate the telephone conference.

DATED this 23rd day of May, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge