IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID L. JOHNSON, JR., | ) | |
| Plaintiff, | ) | 8:09CV356 |
| vs. | ) | ORDER |
| COUNTY OF DOUGLAS, NEBRASKA, | ) | |
| Defendant. | ) | |

This matter is before the Court on the plaintiff's Motion to Proceed in Forma Pauperis (Filing No. 130). The Court previously granted plaintiff in forma pauperis status (Filing No. 16), and that finding applies to his appeal. See Fed. R. App. P. 24(a)(3).

**IT IS ORDERED:**

The plaintiff's Motion to Proceed in Forma Pauperis (Filing No. 130) is granted.

DATED this 15th day of January, 2013

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge