# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID L. JOHNSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV356 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| COUNTY OF DOUGLAS, NEBRASKA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Prison Litigation Reform Act, Plaintiff is hereby notified that the filing of a notice of appeal by a prisoner makes the prisoner liable for payment of the full $455.00 appellate filing fee regardless of the outcome of the appeal. An incarcerated civil appellant is required to pay the full amount of the $455.00 filing fee by making monthly payments to the court, even if he or she is proceeding in forma pauperis. 28 U.S.C. § 1915(b).

By filing a notice of appeal, the prisoner consents to the deduction of the $455.00 filing fee from the prisoner's prison account by prison officials. Within 30 days, the plaintiff must submit to the clerk of the district court a certified copy of his prison account statement for the last six months. Failure to file the prison account information will result in the assessment of an initial appellate partial fee of $35.

**IT IS SO ORDERED.**

DATED this 27th day of March, 2013

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge